# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case 1:19-cv-00764-KWR-GBW |
| ST. VINCENT HOSPITAL d/b/a CHRISTUS ST. VINCENT REGIONAL MEDICAL CENTER, | ) ) ) ) | |
| Defendant. | ) ) | |

## JOINT MOTION FOR ENTRY OF CONSENT DECREE

The Parties, Plaintiff Equal Employment Opportunity Commission ("EEOC") and St. Vincent Hospital, doing business as Christus St. Vincent Regional Medical Center ("Defendant") jointly move this Court to enter and approve the parties' Consent Decree resolving this matter and lodged on this date. The fully executed Consent Decree is attached hereto as Attachment 1. The Consent Decree will be submitted electronically on this date to the Honorable Kea W. Riggs for approval. The Parties stipulate that this Consent Decree is fair, reasonable, and equitable, and does not violate the law or public policy. All parties have agreed to facsimile or electronic signatures where necessary.

Dated: May 18, 2020

Respectfully submitted,

                          U.S. EQUAL EMPLOYMENT
                          OPPORTUNITY COMMISSION

                          */s/ Jeff A. Lee*
                          Jeff A. Lee
                          Senior Trial Attorney

                          Loretta Medina
                          Supervisory Trial Attorney

                          Albuquerque Area Office
                          505 Marquette Ave., NW, Suite 900
                          Albuquerque, NM 87124
                          Telephone:  (505) 738-6723
                          E-Mail(s): jeff.lee@eeoc.gov

/s/ Christopher DeGroff
Christopher DeGroff
Michael Jacobsen
SEYFARTH SHAW LLP
233 S. Wacker Drive, Suite 8000
Chicago, Illinois 60606-6448
(312) 460-5982 telephone
cdegroff@seyfarth.com
mjacobsen@seyfarth.com


Holly Agajanian
HINKLE SHANOR LLP
218 Montezuma
Santa Fe, New Mexico 87501
(505) 982-4554 telephone
hagajanian@hinklelawfirm.com


Attorneys for Defendant

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 18th day of May 2020, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Christopher DeGroff
Michael Jacobsen
SEYFARTH SHAW LLP
233 S. Wacker Drive, Suite 8000
Chicago, Illinois 60606-6448
(312) 460-5982 telephone
cdegroff@seyfarth.com
mjacobsen@seyfarth.com


Holly Agajanian
HINKLE SHANOR LLP
218 Montezuma
Santa Fe, New Mexico 87501
(505) 982-4554 telephone
hagajanian@hinklelawfirm.com

*Attorneys for St. Vincent Hospital d/b/a Christus St. Vincent Regional Medical Center*


                                      __/s/ Loretta Medina_____
                                      LORETTA MEDINA